UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STALLION, INC,<br><br>       Plaintiff,<br><br>  -against-<br><br>NAVIGATORS INSURANCE COMPANY INC.,<br><br>       Defendant. | 23-CV-3412 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke.**

Dated: August 15, 2023
   New York, New York

                 SO ORDERED.

                 *Jessica Clarke*

                 JESSICA G. L. CLARKE
                 United States District Judge